UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| CYNTHIA SMITH RUSSELL, Individually, and as Adminstratix of the ESTATE OF JASON WAYNE HENDRIX, Deceased, and on behalf of all other wrongful death beneficiaries, | ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| OTIS CAMPBELL, JR., M.D; ELLEN FOWLKES, R.N.; AMANDA DAVIS, R.N.; LINDA FLOWERS, R.N.; and MHM HEALTH PROFESSIONALS INC. | ) ) ) ) ) ) |
| Defendants. | ) |

No. 1:16-cv-00098
CHIEF JUDGE CRENSHAW

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion for Partial Summary Judgment (Doc. No. 36) filed by Defendants Otis Campbell, Jr., M.D., Ellen Fowlkes, R.N., Amanda Davis, R.N., and Linda Flowers, R.N. is hereby **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** with respect to Plaintiff's federal claims for deliberate indifference against Defendants Ellen Fowlkes and Amanda Davis as set forth in Counts I and III of the Complaint, but **DENIED** with respect to those claims against Defendants Otis Campbell, Jr. and Linda Flowers.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE